UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SUSAN RUNGE, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HERMAN RUNGE; AND HAROLD BLEWETT, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JENNIFER BLEWETT;<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN RUDLOFF, GLEN RUDLOFF, BETH RUDLOFF, GLEN AND BETH RUDLOFF,<br><br>Defendants. | 4:23-CV-04069-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On September 25, 2024, the parties filed a Stipulation for Dismissal, Doc. 27. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 26th day of September, 2024.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE